IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THOMAS F. WINSTON,                          )     Civil Action No. 06 - 336
                                            )
                 Plaintiff,                 )     Judge Joy Flowers Conti /
                                            )     Magistrate Judge Lisa Pupo Lenihan
        v.                                  )
                                            )
ACTING HEALTH AND HUMAN                     )
SERVICES SECRETARY; MARY LOU                )
SHOWALTER, Health Care Adm. SCIH;           )
MRS. OGOLA, Medical Director, SCIH; and     )
MS. MILLS, Pa. Asst.,                       )
                                            )
                 Defendants.                )


## O R D E R


        Plaintiff submitted a complaint and a motion to proceed in forma pauperis  on

March 13, 2006.   The in forma pauperis motion did not include a certified copy of his

institutional account statement for the six months prior to the date on which the complaint and

motion were filed, which is now a requirement under 28 U.S.C. § 1915(a)(2).  Therefore,

        **IT IS HEREBY ORDERED** this /5th day of March, 2006, that the Inmate

Account Officer at S.C.I. Huntingdon shall, on or before March 29, 2006, submit for the preced-

ing six months a certified copy of the institutional account statement of THOMAS F.

WINSTON.

Dockets.Justia.com

**IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B.  Failure to appeal within ten (10) days may constitute waiver of the right to appeal.


_____
LISA PUPO LENIHAN
United States Magistrate Judge


cc:    Thomas F. Winston
       DV-8028
       SCI Huntingdon
       1100 Pike Street
       Huntingdon, PA  16654-1112

       Inmate Account Officer
       SCI Huntingdon
       1100 Pike Street
       Huntingdon, PA  16654-1112