IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS F. WINSTON, | ) | Civil Action No. 06 - 336 |
| | ) | |
| Plaintiff, | ) | Judge Joy Flowers Conti / |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| v. | ) | |
| | ) | |
| ACTING HEALTH AND HUMAN | ) | |
| SERVICES SECRETARY; MARY LOU | ) | |
| SHOWALTER, Health Care Adm. SCIH; | ) | |
| MRS. OGOLA, Medical Director, SCIH; and | ) | |
| MS. MILLS, Pa. Asst., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff submitted a complaint and a motion to proceed in forma pauperis on March 13, 2006. The in forma pauperis motion did not include a certified copy of his institutional account statement for the six months prior to the date on which the complaint and motion were filed, which is now a requirement under 28 U.S.C. § 1915(a)(2). Therefore,

**IT IS HEREBY ORDERED** this 15th day of March, 2006, that the Inmate Account Officer at S.C.I. Huntingdon shall, on or before March 29, 2006, submit for the preceding six months a certified copy of the institutional account statement of THOMAS F. WINSTON.

**IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

_____
LISA PUPO LENIHAN
United States Magistrate Judge


cc: Thomas F. Winston
DV-8028
SCI Huntingdon
1100 Pike Street
Huntingdon, PA  16654-1112

Inmate Account Officer
SCI Huntingdon
1100 Pike Street
Huntingdon, PA  16654-1112